George E. Hagenbuch et al., Trustees, et al.; *Mr. Shelton Pitney* for the Bondholders' Protective Committee for the Northern Ohio Ry. Co. First Mortgage Bonds; and *Mr. George C. Sharp* for the Bondholders' Committee for the Akron, C. & Y. Ry. Co. General and Refunding Mortgage Bonds,—respondents.

No. 757.   FITZGERALD *v.* KANSAS ET AL.   April 19, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied.   *Edward R. Fitzgerald, pro se.*

No. 801.   CORKUM *v.* NEW YORK.   April 19, 1943. Petition for writ of certiorari to the Supreme Court of New York denied.   *Arthur Corkum, pro se.*

No. 822.   TROTT *v.* McDONOUGH MOTOR EXPRESS CO., INC. ET AL.   April 19, 1943.   Petition for writ of certiorari to the Supreme Court of Mississippi denied.   *Mr. Horace C. Wilkinson* for petitioner.   *Mr. George Butler* for respondents.

No. 915.   ERICKSON *v.* MAYO, STATE PRISON CUSTODIAN. April 19, 1943.   Petition for writ of certiorari to the Supreme Court of Florida denied.   *Charles Erickson, pro se.*

No. 514.   UNITED STATES *v.* FRENCH BAUER, INC. ET AL.                                             February 1, 1943.

Dismissed on motion of counsel for appellant. *Solicitor General Fahy* for the United States. *Mr. Robert S. Marx* for the Kroger Grocery & Baking Co. et al., and *Mr. Robert N. Gorman* for the Mutual Bottle Exchange et al., appellees.

No. 697. JACKSON ET AL. *v.* GULF REFINING CO. ET AL.

March 8, 1943. Dismissed on motion of counsel for the petitioners. *Mr. Aubrey M. Pyburn* for petitioners.

No. 705. SAUNDERS *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.

March 15, 1943. Dismissed on motion of counsel for petitioner. *Mr. W. H. Harris* for petitioner.

No. 626. UNITED STATES *v.* RADIO CORPORATION OF AMERICA ET AL.

April 5, 1943. Dismissed on motion of counsel for the appellant. *Solicitor General Fahy* for the United States. *Messrs. John T. Cahill* and *Frederick H. Wood* for appellees.

No. 238. MARTIN *v.* CITY OF STRUTHERS. See *ante,* p. 739.

No. 280, October Term, 1941. JONES *v.* CITY OF OPELIKA;